IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS VILLA, III                                                                                      PLAINTIFF

VS.                                     CASE NO. 12-CV-4026

VSE CORPORATION *et al*                                                               DEFENDANTS

### ORDER

Before the Court is a Motion to Withdraw and Stay (ECF No. 9) filed by Plaintiff's counsel, Luther Sutter of Sutter & Gillham, PLLC and Harrill & Sutter, PLLC. Counsel seeks to stay the Final Scheduling Order (ECF No. 8) and be relieved as the attorney of record in this matter. Counsel has provided to the Court with Plaintiff's contact information:

Santos Villa, III
33542 Leprechaun Hills Road
Stover, Missouri, 65078
Phone:  (903) 949-1569
E-mail:  Santosvilla74@yahoo.com

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED in part and DENIED in part**. The motion is granted as to counsel's request for withdrawal but denied as to the request to stay the Final Scheduling Order. Luther Sutter is relieved as counsel of record for Plaintiff. Plaintiff shall have 30 days from the entry of this order, or February 1, 2013, to notify the Court of new counsel, or the Court will assume that Plaintiff is proceeding *pro se*. The Clerk of the Court is directed to send to Plaintiff a copy of this Order along with a copy of the manual for *pro se* litigants. The Court has been informed that Plaintiff's responses to certain discovery requests are due in the near future. Those responses are due on or before

February 15, 2013.[1]

      **IT IS SO ORDERED**, this 2nd day of January, 2013.

                              /s/ Susan O. Hickey
                              Hon. Susan O. Hickey
                              United States District Judge

---

[1] The Court recognizes that the deadline to complete discovery in this matter is set for January 21, 2013. To allow Plaintiff adequate time to respond to Defendants' discovery requests, that discovery deadline is hereby extended to February 15, 2013. All other deadlines imposed by the Final Scheduling Order (ECF No. 8) remain in effect.